# KANE, PUGH, KNOELL, TROY & KRAMER LLP

## ATTORNEYS AT LAW

William H. Pugh, V✦
George H. Knoell, III
Paul C. Troy
Andrew J. Kramer*
Robert Connell Pugh*✦
Justin A. Bayer*
Melissa K. Nagata*
Donald J. Belfie, Jr.
Sean R. Morrow*
Amy M. Kirkpatrick*
Kathryn M. Brady*
Andrew M. Lamberton*
James G. Schu, Jr.*
Karen L. Tucci
Kathleen M. Klemm*
John T. Idell*
Thomas J. Zimmerman*
Jessica M. Keough*
Kevin M. Krauss*✦^
Rachael N. McDonnell*
David O. McColloch
Keith V. Bauerle*
Ross M. O'Neill*
Elizabeth Schmidt-Jerdon
Adam J. Ortlieb*
Samuel Park
Alexandra L. Bigelow
Taylor M. Johnston*
Sebastian F. Napoli
Meredith M. Bates
Abigail C. Showalter*
Andrew F. Beck
Emily R. Larrabee
Megan E. Stenstrom*

4 Sentry Parkway East, Suite 100
Blue Bell, PA  19422
P:  610.275.2000
F:  610.275.2018
kanepugh.com

William H. Pugh, IV
*Senior Counsel*

Edward F. Kane
M. Cathlene Driscoll
*Counsel to the Firm*

✦ Member New York Bar also
* Member New Jersey Bar also
^ Member District of Columbia Bar

kbrady@kanepugh.com

April 28, 2023

RE:   Majed Subh v. Security Guard, Inc., et al.
In the United States District Court for the District of
New Jersey Camden Vicinage No. 1:23-cv-01462

The Honorable Renée Marie Bumb
Mitchell H. Cohen Courthouse
4th & Cooper Streets
Camden, NJ 08101
Courtroom 3D

To The Honorable Chief Judge Renée Marie Bumb:

I am writing on behalf of Defendants in the above-referenced matter, with regard to the 12(b)(6) Motion to Dismiss that Defendants submitted yesterday. I want to offer my true and sincere apologies for not being aware of your rule regarding the requisite Pre-Motion Conference, which I absolutely should have been. Defendants are, of course, more than willing to engage in the Pre-Motion Conference. I hope that Your Honor will accept this correspondence and the attached courtesy copy of our Memorandum of Law in support of the request.

*Philadelphia, PA 19103*          *Mt. Laurel, NJ 08054*

Kane, Pugh, Knoell, Troy & Kramer
April 28, 2023
Page:  2


                                        Very truly yours,

                                        *Kathryn M. Brady, Esq.*

                                        KATHRYN M. BRADY


KMB:arb
Enclosure
cc: Christopher John Delgaizo, Esquire